IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RICHARD M. BIGGS,

                                                                        ORDER
                          Plaintiff,
            v.                                                    11-cv-401-slc

GE COMMERCIAL FINANCE,

                          Defendant.
_____

     Plaintiff Richard Biggs filed this civil action on June 3, 2011, against defendant GE Commercial Finance and paid the $350 filing fee.  In an order dated June 6, 2011, I directed plaintiff to serve his complaint on the defendant and submit proof of service as soon as he had it.  I told plaintiff that if, by August 5, 2011, he had not submitted proof of service or written to the court to explain why he had not been able to serve his complaint, I would order him to show cause why his case should not be dismissed.  The court has not received proof of service from plaintiff or a written explanation of the efforts he has made to serve the defendant.  Indeed, plaintiff has not corresponded with the court since he filed this case on June 3.

     Although the outside deadline under Fed. R. Civ. P. 4(m) for serving the complaint is October 3, 2011, as noted in the June 6, 2011 order, this court expects plaintiffs to serve their complains promptly.  This is important so that plaintiff can get a response from the defendants and then obtain a schedule from the court for future proceedings, including a trial date.  So, plaintiff must provide a status report as to what steps he has taken to serve the complaint on the defendant.

ORDER

IT IS ORDERED that plaintiff Richard Biggs may have until August 26, 2011, in which to advise the court in writing what steps he has taken to serve his complaint on the defendant. If, by August 26, 2011, plaintiff fails to respond to this order, the clerk of court is to enter judgment dismissing this action without prejudice for plaintiff's failure to prosecute.

Entered this 10th day of August, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2