IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD M. BIGGS,

                Plaintiff,

v.

GE COMMERCIAL FINANCE,

                Defendant.

ORDER

11-cv-401-slc

---

In an order entered in this case on August 10, 2011, the court directed plaintiff Richard Biggs, to advise the court no later than August 26, 2011, what steps he had taken to serve his complaint on defendant GE Commercial Finance. In addition, the court advised plaintiff that he had 120 days, or until October 3, 2011, in which to serve his complaint on the defendant or his case would be dismissed. Fed. R. Civ. P. 4(m).

Plaintiff responded to the August 10 order with a letter stating, "I have been in the process of completing GE's alternative dispute resolution program at this time. I hope to have this returned to GE's attorney by 8/31/2011." Since that time, plaintiff has neither reported that the ADR was successful, nor has he filed proof of service or asked for additional time in which to serve the defendant. Therefore, on the court's own motion, this case is dismissed.

Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice for plaintiff Richard Biggs' failure to prosecute it.

Entered this 20th day of October, 2011.

BY THE COURT:

/s/ William M. Conley

WILLIAM M. CONLEY
Chief Judge